ROBERT LORENZ ET AL. *v.* INLAND WETLANDS AND
WATERCOURSES COMMISSION OF THE TOWN OF
OLD SAYBROOK ET AL.

The petition by the defendant Amey Marrella, commissioner of environmental protection, for certification for appeal from the Appellate Court, 124 Conn. App. 489 (AC 30043), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Joseph Rubin,* associate attorney general, in support of the petition.

*David M. Royston,* in opposition.

Decided December 1, 2010

ROBERT LORENZ ET AL. *v.* INLAND WETLANDS AND
WATERCOURSES COMMISSION OF THE TOWN OF
OLD SAYBROOK ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 124 Conn. App. 489 (AC 30044), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Roger Reynolds,* in support of the petition.

*David M. Royston* and *Michael E. Cronin, Jr.,* in opposition.

Decided December 1, 2010